IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-MJ-1804-RN

**United States of America,**

v.

Carolyn Sumter

Defendant.

**Order**

The Government has asked the court to dismiss the charges against the Defendant. The court finds that the Government has made its motion in good faith. The motion is thus granted, and the court dismisses the charges against the Defendant ☒with ☐without prejudice.

Dated: 8/19/26

Robert T Numbers II

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE